```
MDP:JM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              ECF CASE
-----------------------------------------X
JAMES R. SCANNELL,                         RULE 7.1 STATEMENT

                       Plaintiff,          07-CV-4613 (PAC)

    -against-

RAHUL MITTAL and RAJ MITTAL,

                       Defendants.
-----------------------------------------X
```

   Pursuant to Rule 7.1 FRCP, defendants, RAHUL MITTAL and RAJ MITTAL, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

   The defendants are not corporate parties subject to the requirements of Rule 7.1.  They are individuals, sued in their capacity as individuals only.

Dated:   New York, New York
         May 31, 2007
                                        _____/s/_____
                                        MARGUERITE D. PECK - 3627