```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES R. SCANNELL,                              ECF CASE

                Plaintiff,                      AFFIDAVIT
                                                OF SERVICE
     -against-
                                                07-CV-4613 (PAC)
RAHUL MITTAL and RAJ MITTAL,

                Defendants.
----------------------------------------X
STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss.:
```

MAUREEN SMITH, being duly sworn, deposes and says: I am not a party of this action, I am over 18 years of age, and I reside in Brooklyn, New York.

That on June 4, 2007, deponent personally served a copy of the **NOTICE OF REMOVAL** upon:

| | |
|---|---|
| KREINDLER & KREINDLER | Attention: Clerk of the Court |
| Attorneys for Plaintiff | SUPREME COURT, NEW YORK COUNTY |
| 100 Park Avenue, 18th Fl. | 60 Centre Street |
| New York, New York 10017 | New York, New York 10007 |

by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                /s/
                                                  MAUREEN SMITH

```
STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss.:
```

On the 4th day of June in the year 2007 before me, the undersigned, a Notary Public in and for said State, personally appeared MAUREEN SMITH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                      /s/
                                                Notary Public