```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
James R. Scannel,

           Plaintiff,

   - against -

Rahul Mittal and Raj Mittal

           Defendants,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4613 (PAC)
ORDER SCHEDULING
INITIAL PRETRIAL
CONFERENCE

        HONORABLE PAUL A. CROTTY, United States District Judge:

        Counsel for all parties are directed to appear before the undersigned for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on Thursday, June 21, 2007, at 3:45 p.m in Courtroom 20-C at the United States Courthouse, 500 Pearl Street, New York, New York. **COUNSEL FOR DEFENDANT IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES.**

        This case has been designated an electronic case and has been assigned to me for all purposes. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. The parties are further directed to familiarize themselves with the Court's Individual Practices, located at http://www1.nysd.uscourts.gov/judge_info.php?id=91. Please pay close attention to the rules with respect to requests for pre-motion conferences, discovery disputes, requests for extensions of time and adjournments.

        **The parties are directed to fax: *(212) 805-6304* or email: *CrottyNYSDChambers@nysd.uscourts.gov*, a joint letter three (3) business days prior to the conference addressing the following in separate paragraphs:** (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. If the parties are unable to agree on a joint letter, each party shall fax it's own letter. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the joint letter. The parties are directed to consult the undersigned's Individual Practices and to confer on a Case Management Plan. See the Court's internet site: http://www1.nysd.uscourts.gov/judge_info.php?id=91. The jointly proposed Case Management Plan should be submitted, via fax or email, together with the joint letter. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with the undersigned's Individual Practices.

Dated: New York, New York
       June 5, 2007

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge