```
MDP:JM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              ECF CASE
----------------------------------------X
JAMES R. SCANNELL,                            Defendants
                                              Demand Trial
                  Plaintiff,                  By Jury

       -against-                              VERIFIED
                                              ANSWER


RAHUL MITTAL and RAJ MITTAL,                  07-CV-4613(PAC)

                  Defendants.
----------------------------------------X
```

Defendants, by their attorneys, DOWNING & PECK, P.C., answering the verified complaint herein, respectfully set forth and allege as follows:

1. Deny knowledge and information sufficient to form a belief as to each and every allegation contained in paragraphs 1, and 12 of said complaint.

2. Admit each and every allegation contained in paragraphs 2, 3, 4, 5, 6, 7, and 8 of said complaint.

3. Deny each and every allegation contained in paragraphs 9, 10, 11, 13, 14, and 19 of said complaint.

4. Deny knowledge and information sufficient to form a belief as to each and every allegation contained in paragraphs 15 and 18 of said complaint, and refers all questions of law to the Court.

5. Upon information and belief, deny each and every allegation contained in paragraphs 16 and 17 of said complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

6. Plaintiff was negligent and his damages, if any, must be reduced accordingly.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

7. Plaintiff did not sustain a "serious injury" as defined by Insurance Law 5102 and, therefore, is barred from recovery herein.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

8. Plaintiff's damages, if any, must be reduced in accordance with CPLR 4545.

WHEREFORE, the answering defendants demand judgment dismissing the complaint herein, together with the costs and disbursements of this action.

Dated:   New York, New York
         May 29, 2007

                                    Yours, etc.,


                              BY:   _____/s/_____
                                    MARGUERITE D. PECK - 3627
                                    DOWNING & PECK, P.C.
                                    Attorneys for Defendants
                                    5 Hanover Square - 20th Floor
                                    New York, New York 10004
                                    212-514-9190




TO:   DAVID C. COOK, ESQ.
      KREINDLER & KREINDLER LLP
      Attorneys for Plaintiff
      100 Park Avenue, 18th Floor

```
New York, New York 10017
212-687-8181
```

**<u>VERIFICATION</u>**

STATE OF NEW YORK    )

COUNTY OF NEW YORK   )   ss.:

    I, the undersigned, an attorney duly admitted to practice in the courts of New York State, state that I am MARGUERITE D. PECK, the attorney of record for defendants in the within action; I have read the foregoing ANSWER and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true.  The reason this verification is made by me and not by said defendant is because said defendant is not presently in the County of New York wherein I maintain my office.

    The grounds for my belief as to all matters not stated upon my own knowledge are as follows:  Investigations, reports, etc.

Dated:    New York, New York
          May 29, 2007

                                /s/
                      MARGUERITE D. PECK - 3627

Case 1:07-cv-04613-NRB    Document 5    Filed 06/27/2007    Page 5 of 5