AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

JAMES R. SCANNELL v. RAHUL MITTAL and RAJ MITTAL   Case Number: 07-CV-4613(PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JAMES R. SCANNELL, the plaintiff

I certify that I am admitted to practice in this court.

| 6/27/2007 | *[signature]* |
|---|---|
| Date | Signature |

| David C. Cook, Esq. | 2510 |
|---|---|
| Print Name | Bar Number |

100 Park Avenue, Floor 18
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 973-3444 | (212) 972-9432 |
|---|---|
| Phone Number | Fax Number |